UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Magistrate No. 13-760 TNL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) INFORMATION |
| | ) |
| | ) (17 U.S.C. § 506(a)(1)) |
| v. | ) (18 U.S.C. § 2319(b)(b)) |
| | ) (18 U.S.C. § 2323) |
| ANGELA MARIE TROUPE, | ) (21 U.S.C. § 853) |
| | ) |
| Defendant. | ) |
| | ) |

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Copyright Infringement)

On or about November 20, 2008, in the State and District of Minnesota and elsewhere, the defendant,

**ANGELA MARIE TROUPE,**

did willfully and for the purpose of private financial gain, infringe the copyright of copyrighted works, by offering for sale handbags, sunglasses, jewelry, scarves, and keychains that bore counterfeit copyrighted designs, in violation of Title 17, United States Code, Section 506(a)(1) and Title 18, United States Code, Section 2319(b)(3).

### Forfeiture Allegations

Count 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2323.

SCANNED
NOV 15 2013
U.S. DISTRICT COURT ST. PAUL

As the result of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2323, any article, the making or trafficking of which is prohibited under section 506 of Title 17, United States Code, any property used, or intended to be used, in any manner or part, to commit or facilitate the commission the offense, and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission the offense. The property subject to forfeiture includes, but is not limited to, property seized from the following locations on or about November 20, 2008:

a. A residence located on Coach Light Drive, Hudson Wisconsin;

b. Items seized during a traffic stop of a 2001 Lincoln Navigator in Hudson, Wisconsin;

c. A commercial building located on Outpost Circle, Hudson, Wisconsin;

d. A residence located on Quinlan Avenue, Lakeland Shores, Minnesota; and

e. A residence located on Rolling Hills Drive, Eagan, Minnesota.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2323(b)(2).

Dated: 11·14·13

JOHN R. MARTI
Acting United States Attorney

BY: LISA D. KIRKPATRICK
Assistant U.S. Attorney